UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 21 AM 11: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Jesus OSUNA-Felix,

        Defendant

Magistrate Docket No.
08 MJ 2577

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **August 19, 2008** within the Southern District of California, defendant, **Jesus OSUNA-Felix**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **AUGUST, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus OSUNA-Felix**

## PROBABLE CAUSE STATEMENT

On August 19, 2008 at approximately 9:30 p.m., Border Patrol Agent A. Forte responded to a seismic intrusion device Northeast of the Tecate, California Port of Entry. Upon arriving in the area, Agent Forte found several sets of footprints heading northerly direction. Agent Forte followed the footprints for approximately two hours. He then encountered a group of eleven individuals attempting to hide. Agent Forte identified himself as a Border Patrol Agent and questioned the group as to their citizenship. All eleven individuals including one later identified as the defendant **Jesus OSUNA-Felix**, admitted to being citizens and nationals of Mexico without having any immigration documents allowing them to be or remain in the United States legally. At approximately 11:30 p.m., Agent Forte placed the eleven individuals under arrest and walked them to the nearest point at which they could be picked up to be transported. The subjects were transported and arrived at approximately 2:00 a.m., to the processing facility in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on February 1, 2008** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights, which he stated he understood and was willing to answer questions without having an attorney present. The defendant admitted to being a citizen and national of Mexico without having any immigration documents allowing him to be or remain in the United States legally. He also stated that he was ordered removed from the United States by an Immigration Judge in 2001 and that he knowingly re-entered the United States illegally from Mexico on August 19, 2008.